

## Client Services Agreement Terms and Conditions

This Agreement is executed by and between KT Black Services, LLC ("KT Black"), a family of companies, and __FINAL PHASE ELECTRIC CO INC.__ ("Client"). In consideration of the promises and mutual covenants set forth in this Agreement, and intending to be legally bound, the parties agree as follows:

### Duration of the Contract

This Agreement shall be for one (1) year beginning at the time of the signing of this Agreement and shall automatically renew for additional one (1) year terms unless cancelled by either of the parties hereto upon thirty (30) days written notice.

### Duties and Responsibilities as Staffing Provider

KT Black will assume full responsibility for the payment of wages to its Assigned Employees. KT Black shall maintain all necessary personnel and payroll records for its Assigned Employees. KT Black is responsible for withholding and transmitting federal, state, and local taxes, paying federal social security taxes, unemployment insurance and maintaining workers' compensation insurance coverage in an amount and under such terms as required by the state in which its employees are assigned. KT Black shall be responsible for compliance with all provisions of the Patient Protection and Affordable Care Act (ACA) applicable to individuals assigned to the Client. KT Black shall recruit, interview and screen for all Assigned Employees to be assigned to Client's workplace prior to their assignment to Client. Client may request KT Black to conduct additional screening on an Assigned Employees at an additional cost to Client. In compliance with federal, state, and local law, KT Black shall produce such reports as Client may reasonably request pertaining to Assigned Employees. KT Black shall have responsibility and control over hiring, evaluating, compensating, disciplining, and firing work site employees.

*KT Black is responsible for the following:*

- Recruit, screen, interview, and assign its employees ("Assigned Employees") to work under client's supervision.
- Provide basic, non-site specific, safety training to Assigned Employees.
- Verify that Assigned Employees have been provided site specific safety training by client.
- Provide client with a list of each Assigned Employee's specific training and competencies.
- Immediately notify client should KT Black become aware of any injury or illness to an Assigned Employee or any hazard or safety issues at the work site where the Assigned Employee is assigned to work; and
- Fully cooperate with KT Black in any investigation of an Assigned Employee's reported injury or illness possible.

### Duties and Responsibilities of Client Using Staffing Provider

It is Client's sole responsibility to supervise, direct, and control KT Black's Assigned Employees and the work performed by such Assigned Employees. The Client may terminate an Assigned Employee for lawful reasons at its sole discretion and at any time. Client shall direct Assigned Employees in their performance of daily duties and shall utilize their skills to the extent they are qualified as determined by Client in the first eight (8) hours of assignment. Both parties agree that in accepting, care, custody, and supervision of Assigned Employees, Client accepts full responsibility for the performance, non-performance, acts or omissions of the Assigned Employees. Client agrees that it will not hold KT Black liable for any losses incurred as a result of entrusting Assigned Employees with unattended premises, cash, checks, keys, credit cards, merchandise, Client owned tools or equipment or other valuables. Client assumes all responsibility for ensuring state or local licensing requirements are met for every project KT Black provides an assigned employee.

1



*Client is responsible for the following:*
- Properly supervise Assigned Employees performing its work.
- Properly supervise, control, and safeguard its premises, processes, or systems, and not permit Assigned Employees to operate any vehicle or mobile equipment without KT Black's express prior written approval or as strictly required by the job description provided to KT Black.
- Provide Assigned Employees with a safe work site in compliance with OSHA regulations and any other applicable state and/or federal safety laws and regulations.
- Provide appropriate information, training, and safety equipment with respect to any hazardous substances or conditions to which Assigned Employees may be exposed at the work site.
- Notify KT Black in writing the date that the Assigned Employee has been provided site-specific safety orientation and training and specify the type of safety orientation and training that was provided.
- Not change Assigned Employees' job duties without KT Black' express prior written approval.
- Establish a method for Assigned Employees to report work-related injuries and/or illnesses promptly and instruct each Assigned Employee how to report work-related injuries and/or illnesses; Instruct employees to call KT Black Injury Hotline at 1-800-775-5866 for all client site injuries
- Immediately notify KT Black should client become aware of any injury or illness reported by an Assigned Employee.
- Take primary responsibility for investigating and reporting any injury or illness reported by an Assigned Employee.
- Maintain all Assigned Employees injury and illness records and submit same as required by OSHA and other state or federal regulations.
- Make all injury and illness records available upon the request of an Assigned Employee or an Assigned Employee's representative.
- Notify KT Black Risk Department of the site-specific Safety Contact for each jobsite that Assigned Employee is assigned to; and
- Provide KT Black the point of contact for all non-site-specific safety communications below.
- If KT Black employee is injured in the execution of their duties while working for client and it is determined the injury leads to a Limited Duty Status, client will exhaust all efforts to place the KT Black employee within the parameters of the medical restrictions until employee is released from restrictions.
- Provide KT Black and its subsidiary companies Project/Site Contacts, Project Names, Physical Addresses, and or Site Locations on all projects KT Black employee is assigned.

### Terms of Payment for Client Using Staffing Provider

Each Assigned Employee will present a time sheet to Client or Client's representative for Client verification and signature at the end of each workweek. Client's signature on the time sheet shall signify approval and acceptance of the hours worked as indicated on the Assigned Employee's time sheet. KT Black will invoice Client on a weekly basis. The invoice shall reflect the bill-out rate per hour multiplied by the number of hours worked for each Assigned Employee provided. Client agrees that any amount of Assigned Employee time over forty (40) hours in one (1) workweek will be billed at time and one-half of the bill-out rate and that any work deemed "double time" or "triple time" will be billed at two and three times the bill rate respectively. Client agrees that bill rates will be negotiated on a per assignment basis and will be established verbally unless otherwise required. It is Client's sole responsibility to verify the accuracy of the records indicating the actual time worked by a KT Black's Assigned Employee. All invoice amounts are due upon receipt and are payable to the remittance address as specified on the invoice. The parties agree that any amounts due to KT Black over thirty (30) days from the date of invoice will accrue interest at the rate of 1.5% per month (Annual Percentage Rate of 18%) or the maximum legal rate, whichever is higher. Upon delivery of an invoice, Client shall immediately notify KT Black of any disputed invoice amounts. In the event Client fails to make payment within the time specified, the parties agree that KT Black shall have the right to immediately terminate this Agreement and discontinue providing Client with any Assigned Employees. Following termination of this Agreement resulting

2



from nonpayment, Client shall be prohibited from employing or agreeing to any arrangement whereby a KT Black employee performs services for Client until Client pays the invoice amount in full, including any accrued interest. Client agrees to be responsible for any other additional direct or indirect costs incurred by KT Black, including attorney fees and litigation costs, in collecting past due invoices.

### Use of Vehicles

Client agrees that no Assigned Employees will operate any hired, owned, or non-owned vehicle on Client's behalf without first notifying KT Black. If an Assigned Employee is required, directed, authorized, or permitted to drive a vehicle for the Client, be it the Assigned Employee's, Client's, or any other vehicle, Client shall be liable for the Assigned Employee's actions in regard to the operation of the vehicle and shall indemnify and hold KT Black harmless from any liability, cost or expense of defending a claim arising from such activity. In such instances Client will furnish automobile liability insurance to KT Black, with a minimum combined single limit of one million dollars ($1,000,000) and uninsured motorist insurance with a minimum combined single limit of one million dollars ($1,000,000), or the minimum limit required by applicable state law if greater. In states where "no-fault" laws apply, personal injury coverage or equivalent coverage will be provided. Client shall notify its liability insurance carrier to name KT Black Services, LLC as an additional named insured and issue a certificate of insurance to KT Black. Commuting to and from a work site shall not be considered use of a vehicle for these purposes.

### Indemnification and Limitation of Liability

To the extent permitted by law, KT Black will defend, indemnify, and hold Client and its parent, subsidiaries, directors, officers, agents, representatives, and employees harmless from all claims, losses, and liabilities (including reasonable attorneys' fees) to the extent caused by KT Black's breach of this Agreement; its failure to discharge its duties and responsibilities set forth in this agreement; or the negligence, gross negligence, or willful misconduct of KT Black or KT Black' officers, employees, or authorized agents in the discharge of those duties and responsibilities. To the extent permitted by law, Client will defend, indemnify, and hold KT Black and its parent, subsidiaries, directors, officers, agents, representatives, and employees harmless from all claims, losses, and liabilities (including reasonable attorneys' fees) to the extent caused by Client's breach of this Agreement; its failure to discharge its duties and responsibilities set forth in this agreement; or the negligence, gross negligence, or willful misconduct of Client or Client's officers, employees, or authorized agents in the discharge of those duties and responsibilities. Neither party shall be liable for or be required to indemnify the other party for any incidental, consequential, exemplary, special, punitive, or lost profit damages that arise in connection with this Agreement, regardless of the form of action (whether in contract, tort, negligence, strict liability, or otherwise) and regardless of how characterized, even if such party has been advised of the possibility of such damages. As a condition precedent to indemnification, the party seeking indemnification will inform the other party within ten (10) business days after it receives notice of any claim, loss, liability, or demand for which it seeks indemnification from the other party; and the party seeking indemnification will cooperate in the investigation and defense of any such matter. The provisions in this paragraph constitute the complete agreement between the parties with respect to indemnification, and each party waives its right to assert any common-law indemnification or contribution claim against the other party.

### Additional Terms

This Agreement shall be binding upon KT Black and Client ("the parties"), and each of their parent, subsidiary, and affiliated entities. This Agreement and the exhibits attached to it contain the entire understanding between the parties and supersede all prior agreements and understandings relating to the subject matter of the Agreement. No provision of this Agreement may be amended or waived unless agreed to in a writing signed by the parties. The provisions of this Agreement shall be binding upon the parties and their respective representatives and successors. Each provision of this Agreement shall be considered severable such that if any one provision or clause conflicts with existing or future applicable law or may not be given full effect because of such law, this shall not affect any



other provision which can be given effect without the conflicting provision or clause. Neither party will be responsible for failure or delay in performance of this Agreement if the failure or delay is due to labor disputes, strikes, fire, riot, war, terrorism, acts of God, or any other causes beyond the control of the nonperforming party. The failure of a party to enforce the provisions of this Agreement shall not be construed as a waiver of any provision or the right of such party thereafter to enforce each and every provision of this Agreement. Nothing contained in this Agreement shall be construed to create the relationship of principal and agent, or employer and employee, between KT Black and Client.

### Client Agrees to Comply with KT Black's Safety Protocol
Client agrees to provide proof of General Liability insurance with a liability limit of not less than one million dollars ($1,000,000.00) per occurrence by providing KT Black with a current Certificate of Insurance naming KT Black Services, LLC as certificate holder. Client is responsible for compliance with the Occupational Safety and Health Act ("OSHA") and comparable state laws and regulations thereunder, to the extent those laws apply to Assigned Employees. Client and KT Black affirm they are equal employment opportunity ("EEO") employers and shall fully comply with any and all applicable anti-discrimination laws, rules, and regulations; and Client and KT Black shall cooperate in compliance with all statutory and regulatory requirements for employee leaves of absence, including without limitation the Family and Medical Leave Act ("FMLA") and any similar state or local law. The purpose of this compliance is to ensure that the legal duties and responsibilities related to OSHA requirements inherent in providing the services under this Agreement are properly allocated between KT Black and client.

### Employee Direct Hire Fee
Both parties acknowledge that should the Client desire to directly hire any KT Black Assigned Employee, the Client will be charged an acquisition fee. The direct hire qualification requires the KT Black Assigned Employee to have worked a minimum of nine hundred and sixty (960) continuous billable hours. The direct hire fee will be the Assigned Employee's hourly bill rate to the Client multiplied by five hundred and twenty (520) hours which is 25% of one (1) man-year.

### Client Business Information
By submitting this application, the Client authorizes KT Black Services, LLC to make inquiries into the banking and business/trade references supplied, and release KT Black Services, LLC from any liability and damage resulting from exchange of such information.

4

# KT|BLACK

## BUSINESS INFORMATION

| Field | Value | | |
|---|---|---|---|
| Company Name: | FINAL PHASE ELECTRIC CO INC | | |
| Phone: | 574-522-4444 | Fax: | — |
| Email: | (AP/AR) ANNDRIA @ FINALPHASEELECTRIC.NET | | |
| Company Address: | 1035 INDUSTRIAL PKWY | | |
| City: ELKHART | | State: IN | ZIP Code: 46516 |
| Years in Business: 17 | Type of Business: CONTRACTOR | | Number of Employees: |
| FEIN: 20-3145340 | | D & B #: — | |
| Annual Sales: | Owner/Principal Name: BRIAN DICKERSON | | |
| Address: | | | |
| City: | | State: | ZIP Code: |
| Telephone: | Fax: | E-mail: | |

Do You Have an Account with Us Under Another Name? (If So, Please Provide Name) Y____ N [X]

## BUSINESS/TRADE REFERENCES

| Field | Value | | |
|---|---|---|---|
| Company Name: | GRAYBAR ELECTRIC | | |
| Contact: | AMANDA HAMM | Phone: | 574-289-1111 |
| Company Name: | KENDALL ELECTRIC | | |
| Contact: | DOYLE WEAVER | Phone: | 574-389-3400 |

## BANK REFERENCE

| Field | Value | | |
|---|---|---|---|
| Bank Name: | 1ST SOURCE BANK | | |
| Address: | 131 E. FRANKLIN ST | | |
| City: ELKHART | | State: IN | ZIP Code: 46516 |
| Phone: 574-293-3461 | | Fax: | |
| Type of Accounts Held: | BUSINESS CHECKING | Account #: | |

## CONTACT INFORMATION

| Field | Value | | |
|---|---|---|---|
| Accounts Payable Contact: | ANNDRIA CARNELL | | |
| Title: OP MGR | | Phone: 574-522-4444 | Fax: |
| Email: | ANNDRIA @ FINALPHASEELECTRIC.NET | | |
| Safety Contact: | | | |
| Title: | | Phone: | Fax: |
| Email: | | | |

## INVOICE DELIVERY

Invoices and supporting documentation will be delivered via email and also accessible via the KT Black Client portal www.ktblack.com. Please provide the invoice delivery email address.

Email: ANNDRIA@FINALPHASEELECTRIC.NET

5



**KT|BLACK**

This Agreement has been duly executed by authorized representatives of KT Black Services, LLC and Client on the dates set forth below.

CLIENT ACCEPTANCE:

_Anndria Carnell_

Signature

11/30/2021

Date

Anndria Carnell

Print Name

Operations manager

Title

KT BLACK SERVICES LLC ACCEPTANCE:

_[signature]_

Signature

11-30-21

Date

Scott Henderson

Print Name

VP OF RISK

Title