

# Final Phase Electric Statement

**If you would like to view an invoice on this report, please download this statement and click on the invoice number links.**

| Invoice Number | Invoice Date | Order Name | Aging | Total Amount | Balance |
|---|---|---|---|---|---|
| STC0030521 | 04/12/2023 | Here And Now Production Facility And Warehouse | 205 | $14,404.08 | $5,027.28 |
| STC0030694 | 04/18/2023 | Here And Now Production Facility And Warehouse | 199 | $10,760.62 | $7,082.62 |
| STC0031040 | 04/26/2023 | Here And Now Production Facility And Warehouse | 191 | $7,211.62 | $3,533.62 |
| STC0031251 | 05/02/2023 | Here And Now Production Facility And Warehouse | 185 | $10,791.37 | $6,329.53 |
| STC0031710 | 05/10/2023 | Elkhart- Travelers | 177 | $2,656.90 | $2,656.90 |
| STC0031713 | 05/10/2023 | Here And Now Production Facility And Warehouse | 177 | $9,253.89 | $4,792.05 |
| STC0031949 | 05/17/2023 | Here And Now Production Facility And Warehouse | 170 | $9,256.76 | $4,794.92 |
| STC0031945 | 05/17/2023 | Elkhart- Travelers | 170 | $2,727.59 | $2,727.59 |
| STC0032156 | 05/23/2023 | Elkhart- Travelers | 164 | $2,621.56 | $2,621.56 |
| STC0032168 | 05/23/2023 | Here And Now Production Facility And Warehouse | 164 | $7,562.67 | $3,883.87 |
| STC0032396 | 05/30/2023 | Elkhart- Travelers | 157 | $2,656.90 | $2,656.90 |
| STC0032765 | 06/07/2023 | Elkhart- Travelers | 149 | $1,950.00 | $1,950.00 |

| Invoice Number | Invoice Date | Order Name | Aging | Total Amount | Balance |
|---|---|---|---|---|---|
| STC0033041 | 06/14/2023 | Elkhart- Travelers | 142 | $2,656.90 | $2,656.90 |
| STC0033228 | 06/20/2023 | Elkhart- Travelers | 136 | $2,656.90 | $2,656.90 |
| STC0033638 | 06/29/2023 | Elkhart- Travelers | 127 | $2,656.90 | $2,656.90 |
| STC0033868 | 07/05/2023 | Elkhart- Travelers | 121 | $2,338.80 | $2,338.80 |
| STC0034100 | 07/11/2023 | Elkhart- Travelers | 115 | $1,950.00 | $1,950.00 |
| STC0034467 | 07/19/2023 | Elkhart- Travelers | 107 | $3,116.39 | $3,116.39 |
| STC0034827 | 07/27/2023 | Elkhart- Travelers | 99 | $2,656.90 | $2,656.90 |
| STC0035156 | 08/02/2023 | Elkhart- Travelers | 93 | $2,656.90 | $2,656.90 |
| STC0035378 | 08/08/2023 | Elkhart- Travelers | 87 | $3,363.80 | $3,363.80 |
| STC0035512 | 08/10/2023 | Charles Watts Buyout Fee | 85 | $35,100.00 | $35,100.00 |
| STC0035812 | 08/16/2023 | Elkhart- Travelers | 79 | $1,950.00 | $1,950.00 |
| STC0036116 | 08/23/2023 | Elkhart- Travelers | 72 | $2,515.52 | $2,515.52 |



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

**Invoice No:** STC0030521

**Date:** 04/12/2023

**Reference/PO:** Here And Now Production Faci

## I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Charles Watts | 04/09/2023 | 50.00 | Overtime | $97.88 | $4,894.00 |
| Charles Watts | 04/09/2023 | 40.00 | Regular Time | $67.50 | $2,700.00 |
| Matthew Jared Sheppard | 04/09/2023 | 22.00 | Overtime | $62.93 | $1,384.46 |
| Matthew Jared Sheppard | 04/09/2023 | 40.00 | Regular Time | $43.40 | $1,736.00 |
| Thomas Jarrold Carter | 04/09/2023 | 23.00 | Overtime | $72.94 | $1,677.62 |
| Thomas Jarrold Carter | 04/09/2023 | 40.00 | Regular Time | $50.30 | $2,012.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:  $14,404.08**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



# KT|BLACK

| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana 46516

Customer Id: 118173

**Invoice No:** STC0030694

**Date:** 04/18/2023

**Reference/PO:** Here And Now Production Faci

## I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Charles Watts | 04/16/2023 | 10.00 | Overtime | $97.88 | $978.80 |
| Charles Watts | 04/16/2023 | 40.00 | Regular Time | $67.50 | $2,700.00 |
| Matthew Jared Sheppard | 04/16/2023 | 24.00 | Overtime | $62.93 | $1,510.32 |
| Matthew Jared Sheppard | 04/16/2023 | 40.00 | Regular Time | $43.40 | $1,736.00 |
| Thomas Jarrold Carter | 04/16/2023 | 25.00 | Overtime | $72.94 | $1,823.50 |
| Thomas Jarrold Carter | 04/16/2023 | 40.00 | Regular Time | $50.30 | $2,012.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice: $10,760.62**

**Terms:** **0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0031040 |
| **Date:** | 04/26/2023 |
| **Reference/PO:** | Here And Now Production Faci |

**I N V O I C E**

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Charles Watts | 04/23/2023 | 10.00 | Overtime | $97.88 | $978.80 |
| Charles Watts | 04/23/2023 | 40.00 | Regular Time | $67.50 | $2,700.00 |
| Matthew Jared Sheppard | 04/23/2023 | 30.00 | Regular Time | $43.40 | $1,302.00 |
| Thomas Jarrold Carter | 04/23/2023 | 3.00 | Overtime | $72.94 | $218.82 |
| Thomas Jarrold Carter | 04/23/2023 | 40.00 | Regular Time | $50.30 | $2,012.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $7,211.62**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0031251 |
| **Date:** | 05/02/2023 |
| **Reference/PO:** | Here And Now Production Faci |

**I N V O I C E**

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Charles Watts | 04/30/2023 | 18.00 | Overtime | $97.88 | $1,761.84 |
| Charles Watts | 04/30/2023 | 40.00 | Regular Time | $67.50 | $2,700.00 |
| Matthew Jared Sheppard | 04/30/2023 | 19.00 | Overtime | $62.93 | $1,195.67 |
| Matthew Jared Sheppard | 04/30/2023 | 40.00 | Regular Time | $43.40 | $1,736.00 |
| Thomas Jarrold Carter | 04/30/2023 | 19.00 | Overtime | $72.94 | $1,385.86 |
| Thomas Jarrold Carter | 04/30/2023 | 40.00 | Regular Time | $50.30 | $2,012.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $10,791.37**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

**Invoice No:** STC0031710

**Date:** 05/10/2023

**Reference/PO:** Elkhart- Travelers

**I N V O I C E**

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 05/07/2023 | 10.00 | Overtime | $70.69 | $706.90 |
| Matthew K Busick | 05/07/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:  $2,656.90**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

**Invoice No:** STC0031713

**Date:** 05/10/2023

Customer Id: 118173

**Reference/PO:** Here And Now Production Faci

**I N V O I C E**

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Charles Watts | 05/07/2023 | 18.00 | Overtime | $97.88 | $1,761.84 |
| Charles Watts | 05/07/2023 | 40.00 | Regular Time | $67.50 | $2,700.00 |
| Matthew Jared Sheppard | 05/07/2023 | 5.00 | Overtime | $62.93 | $314.65 |
| Matthew Jared Sheppard | 05/07/2023 | 40.00 | Regular Time | $43.40 | $1,736.00 |
| Thomas Jarrold Carter | 05/07/2023 | 10.00 | Overtime | $72.94 | $729.40 |
| Thomas Jarrold Carter | 05/07/2023 | 40.00 | Regular Time | $50.30 | $2,012.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $9,253.89**

**Terms:** **0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

**Invoice No:** STC0031949

**Date:** 05/17/2023

Customer Id: 118173

**Reference/PO:** Here And Now Production Faci

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Charles Watts | 05/14/2023 | 18.00 | Overtime | $97.88 | $1,761.84 |
| Charles Watts | 05/14/2023 | 40.00 | Regular Time | $67.50 | $2,700.00 |
| Matthew Jared Sheppard | 05/14/2023 | 12.00 | Overtime | $62.93 | $755.16 |
| Matthew Jared Sheppard | 05/14/2023 | 40.00 | Regular Time | $43.40 | $1,736.00 |
| Thomas Jarrold Carter | 05/14/2023 | 4.00 | Overtime | $72.94 | $291.76 |
| Thomas Jarrold Carter | 05/14/2023 | 40.00 | Regular Time | $50.30 | $2,012.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $9,256.76**

**Terms:** **0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0031945 |
| **Date:** | 05/17/2023 |
| **Reference/PO:** | Elkhart- Travelers |

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 05/14/2023 | 11.00 | Overtime | $70.69 | $777.59 |
| Matthew K Busick | 05/14/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $2,727.59**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| | PHONE | EMAIL | ADDRESS |
|---|---|---|---|
| | (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0032156 |
| **Date:** | 05/23/2023 |
| **Reference/PO:** | Elkhart- Travelers |

## I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 05/21/2023 | 9.50 | Overtime | $70.69 | $671.56 |
| Matthew K Busick | 05/21/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:  $2,621.56**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| | PHONE | EMAIL | ADDRESS |
|---|---|---|---|
| | (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

**Invoice No:** STC0032168

**Date:** 05/23/2023

Customer Id: 118173

**Reference/PO:** Here And Now Production Faci

**I N V O I C E**

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Charles Watts | 05/21/2023 | 10.00 | Overtime | $97.88 | $978.80 |
| Charles Watts | 05/21/2023 | 40.00 | Regular Time | $67.50 | $2,700.00 |
| Matthew Jared Sheppard | 05/21/2023 | 1.00 | Overtime | $62.93 | $62.93 |
| Matthew Jared Sheppard | 05/21/2023 | 40.00 | Regular Time | $43.40 | $1,736.00 |
| Thomas Jarrold Carter | 05/21/2023 | 1.00 | Overtime | $72.94 | $72.94 |
| Thomas Jarrold Carter | 05/21/2023 | 40.00 | Regular Time | $50.30 | $2,012.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $7,562.67**

<u>**Terms:**</u> **0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | | |
|---|---|---|
| **Invoice No:** | | STC0032396 |
| **Date:** | | 05/30/2023 |
| **Reference/PO:** | | Elkhart- Travelers |

**I N V O I C E**

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 05/28/2023 | 10.00 | Overtime | $70.69 | $706.90 |
| Matthew K Busick | 05/28/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:  $2,656.90**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0032765 |
| **Date:** | 06/07/2023 |
| **Reference/PO:** | Elkhart- Travelers |

## I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 06/04/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $1,950.00**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| | PHONE | EMAIL | ADDRESS |
|---|---|---|---|
| | (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0033041 |
| **Date:** | 06/14/2023 |
| **Reference/PO:** | Elkhart- Travelers |

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 06/11/2023 | 10.00 | Overtime | $70.69 | $706.90 |
| Matthew K Busick | 06/11/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:  $2,656.90**

**<u>Terms:</u> 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| **Invoice No:** | STC0033228 |
|---|---|
| **Date:** | 06/20/2023 |
| **Reference/PO:** | Elkhart- Travelers |

**I N V O I C E**

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 06/18/2023 | 10.00 | Overtime | $70.69 | $706.90 |
| Matthew K Busick | 06/18/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:  $2,656.90**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0033638 |
| **Date:** | 06/29/2023 |
| **Reference/PO:** | Elkhart- Travelers |

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 06/25/2023 | 10.00 | Overtime | $70.69 | $706.90 |
| Matthew K Busick | 06/25/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $2,656.90**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana 46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0033868 |
| **Date:** | 07/05/2023 |
| **Reference/PO:** | Elkhart- Travelers |

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 07/02/2023 | 5.50 | Overtime | $70.69 | $388.80 |
| Matthew K Busick | 07/02/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice: $2,338.80**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

**Invoice No:** STC0034100

**Date:** 07/11/2023

**Reference/PO:** Elkhart- Travelers

**I N V O I C E**

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 07/09/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $1,950.00**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| | PHONE | EMAIL | ADDRESS |
|---|---|---|---|
| | (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| **Invoice No:** | STC0034467 |
|---|---|
| **Date:** | 07/19/2023 |
| **Reference/PO:** | Elkhart- Travelers |

## I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 07/16/2023 | 16.50 | Overtime | $70.69 | $1,166.39 |
| Matthew K Busick | 07/16/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:**  **$3,116.39**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana 46516

Customer Id: 118173

**Invoice No:** STC0034827

**Date:** 07/27/2023

**Reference/PO:** Elkhart- Travelers

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 07/23/2023 | 10.00 | Overtime | $70.69 | $706.90 |
| Matthew K Busick | 07/23/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $2,656.90**

### Terms: 0 Days from Date of Invoice

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0035156 |
| **Date:** | 08/02/2023 |
| **Reference/PO:** | Elkhart- Travelers |

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 07/30/2023 | 10.00 | Overtime | $70.69 | $706.90 |
| Matthew K Busick | 07/30/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $2,656.90**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| | PHONE | EMAIL | ADDRESS |
|---|---|---|---|
| | (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| **Invoice No:** | STC0035378 |
|---|---|
| **Date:** | 08/08/2023 |
| **Reference/PO:** | Elkhart- Travelers |

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 08/06/2023 | 20.00 | Overtime | $70.69 | $1,413.80 |
| Matthew K Busick | 08/06/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:  $3,363.80**

**Terms: 0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| | PHONE | EMAIL | ADDRESS |
|---|---|---|---|
| | (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana 46516

**Invoice No:** STC0035512

**Date:** 08/10/2023

Customer Id: 118173

**Reference/PO:** Charles Watts Buyout Fee

**I N V O I C E**

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Charles Watts | 08/06/2023 | 1.00 | Buyout Fee | $35,100.00 | $35,100.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice: $35,100.00**

**<u>Terms: 0 Days from Date of Invoice</u>**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| PHONE | EMAIL | ADDRESS |
|---|---|---|
| (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| | |
|---|---|
| **Invoice No:** | STC0035812 |
| **Date:** | 08/16/2023 |
| **Reference/PO:** | Elkhart- Travelers |

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 08/13/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:   $1,950.00**

**<u>Terms: 0 Days from Date of Invoice</u>**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.



| | PHONE | EMAIL | ADDRESS |
|---|---|---|---|
| | (877) 475-4553 | ar@ktblack.com | KTBlack Corporate Office<br>900 SW 7th Avenue<br>Amarillo, Texas 79101 |

Final Phase Electric
1035 Industrial Pkwy
Elkhart, Indiana  46516

Customer Id: 118173

| **Invoice No:** | STC0036116 |
|---|---|
| **Date:** | 08/23/2023 |
| **Reference/PO:** | Elkhart- Travelers |

### I N V O I C E

| Employee | Date | Hours | Type | Rate | Total |
|---|---|---|---|---|---|
| Matthew K Busick | 08/20/2023 | 8.00 | Overtime | $70.69 | $565.52 |
| Matthew K Busick | 08/20/2023 | 40.00 | Regular Time | $48.75 | $1,950.00 |

Remit Payment To:
Prestar, LLC
910 SW 7th Avenue
Amarillo, TX 79101

Sales Tax

**Total Invoice:  $2,515.52**

<u>**Terms:**</u> **0 Days from Date of Invoice**

This account receivable has been assigned to and is owned by or subject to security intrest of Prestar, and is payable only in United States Dollars. All payments shall be made to Prestar, LLC and sent to 910 SW 7th Avenue, Amarillo TX 79101.

Unpaid balances over 30 days are subject to finance charges. Invoice disputes must be reported within 14 days of the invoice date.