

**USPS TRACKING #**

9590 9402 8513 3186 8269 62

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ashbrook Byrne Kresge LLC
PO Box 8248
Cincinnati, Ohio 46249

USDC IN/ND case 3:23-cv-00967-DRL-MGG   document 8-3   filed 02/01/24   pag

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): STEVE WATCHDEN

C. Date of Delivery:

1. Article Addressed to:

Final Phase Electric Co., Inc.
C/O Brian Dickerson
1035 Industrial Parkway
Elkhart, Indiana 46516

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 8513 3186 8269 62

2. Article Number (Transfer from service label)

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt