

**USPS TRACKING #**

9590 9402 8513 3186 8269 55

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Ashbrook Byrne Kresge LLC
P.O. Box 8248
Cincinnati, Ohio 45249

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brian Dickerson, agent for SOP
Final Phase Electric Co, Inc
c/o Jacqueline Sells Homann
1251 N. Eddy Street
Suite 203
South Bend, Indiana 46617

9590 9402 8513 3186 8269 55

2. Article Number (Transfer from service label)

9589 0710 5270 1342 3116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name): Cara Cline
C. Date of Delivery: 01/ /2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt