# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701342331613

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:21 am on January 12, 2024 in ELKHART, IN 46516.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

ELKHART, IN 46516
January 12, 2024, 10:21 am

### Arrived at USPS Regional Destination Facility

SOUTH BEND IN PROCESSING CENTER
January 12, 2024, 1:18 am

### Arrived at USPS Regional Destination Facility

FORT WAYNE IN DISTRIBUTION CENTER
January 11, 2024, 2:38 pm

### Arrived at USPS Regional Origin Facility

COLUMBUS OH DISTRIBUTION CENTER
January 10, 2024, 8:58 pm

### Departed Post Office

GROVE CITY, OH 43123
January 10, 2024, 6:04 pm

### USPS in possession of item

USDC IN/ND case 3:23-cv-00967-DRL-MGG   document 8-5   filed 02/01/24   page 2 of 4

GROVE CITY, OH 43123
January 10, 2024, 12:33 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                          ⌄

USPS Tracking Plus®                           ⌄

Product Information                           ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701342331606

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:37 pm on January 12, 2024 in SOUTH BEND, IN 46617.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SOUTH BEND, IN 46617
January 12, 2024, 1:37 pm

### Arrived at USPS Regional Destination Facility

SOUTH BEND IN PROCESSING CENTER
January 12, 2024, 1:27 am

### In Transit to Next Facility

January 11, 2024

### Arrived at USPS Regional Origin Facility

COLUMBUS OH DISTRIBUTION CENTER
January 10, 2024, 8:58 pm

### Departed Post Office

GROVE CITY, OH 43123
January 10, 2024, 6:04 pm

### USPS in possession of item

Feedback

GROVE CITY, OH 43123
January 10, 2024, 12:32 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs